UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELMER ORTIZ,

        Plaintiff,

-v-

S. HOLLIDAY and CORRECTIONS
OFFICER JOHN/JANE DOES #1-10,

        Defendants.



4/11/19

No. 17-cv-3620 (RJS)
OPINION & ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant's request, with Plaintiff's consent, for an adjournment of the evidentiary hearing currently scheduled for May 17, 2019. The request is GRANTED. Accordingly, the parties shall submit their joint letter by June 17, 2019; the evidentiary hearing is adjourned to July 9, 2019 at 9:30 a.m.; and Defendant's time to answer the Second Amended Complaint is adjourned to thirty days following any post-hearing order of the Court on the issue of exhaustion that does not dispose of this matter. No further extensions will be granted absent compelling circumstances.

SO ORDERED.

Dated:      April 11, 2019
               New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation