**PAUL A. HALE**
Attorney At Law
26 Court Street, Suite 913
Brooklyn, NY 11242
(718) 554-7344 Fax: (718) 679-9801
www.HaleLegalGroup.com

---

December 18, 2019

**VIA ECF ONLY**
Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Ortiz v. Corrections Officer S. Holliday, et al     17-cv-3620

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/19

Your Honor:

I represent the Plaintiff in the above-referenced matter. I write, respectfully, to request a three week extension of time to file the joint letter that was scheduled to be filed today December 18, 2019.[1]

Defendant's counsel is currently not in the office and requested that I ask for this extension.

Furthermore, it is my understanding that Defendants have provided Defendants' counsel the photographs in question, however, we have not been able to arrange a viewing of said photographs.

The parties believe that a three week period should suffice to arrange the viewing given the numerous holidays that are approaching and to coordinate the multiple parties.

This is Plaintiff's first request for an extension to file the December 18, 2019 joint letter.

Respectfully submitted,

/s/
Paul Hale, Esq.
Attorney for Plaintiff

```
IT IS HEREBY ORDERED THAT the deadline for the parties to submit
a joint letter identifying the Corrections Officers Plaintiff
intends to call and setting forth any disagreements as to whether
Plaintiff has a good faith basis to believe that the proposed
witnesses will have relevant testimony justifying their
appearance at the hearing is extended until January 8, 2020.

SO ORDERED.

Dated:    December 19, 2019
          New York, New York
```

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

---

[1] The parties initially conferred about seeking a two week extension, however, that would fall on New Year's Day 2020 and I am therefore unilaterally asking for a three week extension in order to accommodate the parties anticipated schedules around the holidays.