# PAUL A. HALE
**Attorney At Law**
26 Court Street, Suite 913
Brooklyn, NY 11242
(718) 554-7344 Fax: (718) 679-9801
www.HaleLegalGroup.com

March 16, 2020

**VIA ECF ONLY**
Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Ortiz v. Corrections Officer S. Holliday, et al     17-cv-3620

Your Honor:

This is a joint letter seeking an extension to file a joint letter informing the Court which witnesses will be called at the continuation of the Evidentiary Hearing. The letter was due today, however, the parties have not been able to meet an confer physically to review a photograph of a potential witness. We initially had planned to meet last Wednesday, but out of an abundance of caution from the current health environment we decided against the meeting.

We are now requesting a 45 day extension to April 30, 2020 to file said letter due to the recent National, State and City health emergency. Defendants consent to this request.

Respectfully submitted,

/s/
Paul Hale, Esq.
Attorney for Plaintiff

```
IT IS HEREBY ORDERED THAT the deadline for the parties to submit a
joint letter identifying the Corrections Officers Plaintiff intends
to call and setting forth any disagreements as to whether Plaintiff
has a good faith basis to believe that the proposed witnesses will
have relevant testimony justifying their appearance is adjourned
until April 30, 2020.

SO ORDERED.

Dated:    March 16, 2020
          New York, New York
                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation
```