

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

April 29, 2020

**By ECF & E-mail**
Hon. Richard J. Sullivan
United States District Court Judge
United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

Re: Ortiz v. Holliday, *et al.*,
17 Civ. 3620 (RJS) (JCF)

```
IT IS HEREBY ORDERED THAT the deadline for the parties
to submit a joint letter identifying the Corrections
Officers Plaintiff intends to call and setting forth any
disagreements is adjourned until June 30, 2020.
SO ORDERED.

Dated:    April 29, 2020
          New York, New York

          _____
          RICHARD J. SULLIVAN
          UNITED STATES CIRCUIT JUDGE
          Sitting by Designation
```

Dear Judge Sullivan:

I write respectfully and jointly on behalf of plaintiff and defendants, in response to the Court's March 16, 2020 Order, see Docket No. 91, to request an extension of the parties' time to submit a joint letter to the Court listing the witnesses plaintiff would like to call at the next evidentiary hearing along with defendants' response, from April 30, 2020, to June 30, 2020. The reason for the requested extension is because as a result of the current pandemic, the parties have not been able to physically meet-and-confer in the Office of the Attorney General to review a photograph of an officer who fits the physical description provided by plaintiff of the officer who purportedly accepted plaintiff's alleged grievance that is at issue in this case.

Respectfully submitted,

/s/ Neil Shevlin
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

cc: Paul Hale, Esq. (by e-mail)