UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELMER ORTIZ,

                Plaintiff,

   -v-                                      No. 17-cv-3620 (RJS)
                                                       ORDER

S. HOLLIDAY and CORRECTIONS
OFFICER JOHN/JANE DOES #1-10,

                Defendants.

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from the parties requesting a 60-day extension to respond to the Court's April 29, 2020 Order, which had directed the parties to file a joint letter identifying the officer(s) Plaintiff intends to call at the next hearing and setting forth any disagreements as to whether Plaintiff has a good faith basis to believe that the proposed witnesses will have relevant testimony justifying their appearance at the hearing.  (Doc. No. 94.)  The parties contend that "because of social distancing rules put into place as a result of the Covid pandemic, attorneys in the New York State Attorney General's New York City office are working from home," and thus the parties "have not yet had the opportunity to meet-and-confer."  (*Id.*)  In light of the parties repeated requests for extra time in which to respond to the Court's order, both before and during the COVID-19 pandemic (*see e.g.*, Doc. Nos. 78, 81, 83, 85, 86, 88, 90, 92), IT IS HEREBY ORDERED THAT the parties shall submit a letter by July 2, 2020 explaining why they are unable to meet-and-confer via video conference.

SO ORDERED.

Dated:      June 29, 2020
              New York, New York

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation