**PAUL A. HALE**
**Attorney At Law**
26 Court Street, Suite 913
Brooklyn, NY 11242
(718) 554-7344 Fax: (718) 679-9801
www.HaleLegalGroup.com

---

July 15, 2020

**VIA ECF ONLY**
Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Ortiz v. Corrections Officer S. Holliday, et al        17-cv-3620

Your Honor:

  I am Plaintiff's counsel in the above referenced matter. I am writing seeking a 2 week extension of time to meet and confer digitally with Plaintiff, myself and defense counsel for the purpose to review an image of a corrections officer for identification. Your Honor's Order stated parties should meet and confer digitally by July 15, 2020. Plaintiff is seeking an extension to July 29, 2020.

  The reason for this request is that I have been unable to contact my client. We last made contact on June 17, 2020 and there seemed to be no problem. However, the phone number has now been deactivated and I have no further information on his condition or whereabouts. My client's last known address was a correctional facility and I have no information on his current residence since his release.

  In the past, my client has been communicative, responsive and reliant. Hopefully, within the next two weeks communication can be reestablished.

  This is Plaintiff's first request for an extension to meet and confer digitally. Defense consents to this request.

Respectfully submitted,

_____/s/_____
Paul Hale, Esq.
Attorney for Plaintiff

```
Plaintiff's request for a two-week extension is
GRANTED. By July 29, 2020, the parties shall (1)
conduct a video meet-and-confer and (2) file a joint
letter identifying the officer(s) Plaintiff intends to
call at the next hearing and setting forth any
disagreement as to whether Plaintiff has a good faith
basis to believe that the proposed witnesses will have
relevant testimony justifying their appearance at the
hearing.

SO ORDERED.
          July 15, 2020
Dated:    New York, New York
```

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation