UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELMER ORTIZ,

                    Plaintiff,

     -against-

CORRECTIONS OFFICER S. HOLLIDAY,
CORRECTIONS OFFICERS JOHN/JANE
DOES #1-10,

                    Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021

17 CIVIL 3620 (RJS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 7, 2021, in light of the Court's finding of fact that Ortiz did not file a grievance, IT IS HEREBY ORDERED that his Second Amended Complaint (Doc. No. 24) is DISMISSED in its entirety for failure to exhaust his available administrative remedies before filing this action, as required by the PLRA. It is further ORDERED that Ortiz's request to call additional witnesses is DENIED as moot. Judgment is entered for the Defendants; accordingly, this case is closed.

**Dated:** New York, New York

     April 8, 2021

                                          **RUBY J. KRAJICK**
                                             Clerk of Court

                      BY:
                                                  Deputy Clerk